410

R. M. Genius, Jr., Appellee, v. Robert M. Hoffman et al., Defendants. Robert M. Hoffman and Emily Pope Hoffman, Appellants.

Gen. No. 43,099.

Heard in the second division, first district, this court at the June term, 1944; opinion filed December 18, 1945; modified and rehearing denied January 15, 1946; released for publication January 15, 1946. Robert N. Golding and Joseph T. Tyrrell, for appellants; Miller, Gorham, Wescott & Adams, for appellee; Herbert C. DeYoung, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.